# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>PHILIP FREED,<br>    Defendant. | CASE NUMBER: 17-537 (CCC) |

## MOTION FOR HEARING

**TO THE HONORABLE COURT**:

**COMES NOW** the defendant, PHILIP FREED, and respectfully states and prays as follows:

1. On March 5, 2018, Defendant appeared before Magistrate Judge Camille Velez-Rive and entered a plea of guilty to the misdemeanor version of count three of the Indictment.

2. Defendant's plea of guilty was entered pursuant to an agreement with the government for Defendant to complete a pretrial diversion program.

3. However, despite Defendant's desire to commence with the program, the Government and the United States Probation Office have been unable to agree on the proper process for Defendant to complete the program and, thus, Defendant has been unable to begin serving the conditions of his pretrial diversion program.

4. As such, Defendant respectfully requests the Court schedule a hearing on the matter at its earliest convenience, whereupon the Court may aid the parties in reaching an expeditious conclusion to the matter of Defendant's PTD.

5. Additionally, Defendant hereby requests the Court compel the presence of USPO Elisa Abruña, as she is Defendant's supervising officer in the District of Puerto Rico, and compel the

telephonic appearance of USPO Richard Hyde, who supervised Defendant in New Jersey, Defendant's home state.

**WHEREFORE**, the defendant, PHILIP FREED respectfully requests the Honorable Court to **GRANT** Defendant's request and schedule a hearing on the matter of Defendant's pretrial diversion program as soon as the Court deems practicable.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this July 5, 2018.

By:
**McCONNELL VALDÉS LLC**
Attorneys for Defendant Philip Freed
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282
jfmm@mcvpr.com

*s / Javier F. Micheo-Marcial*
Javier F. Micheo-Marcial
USDC-PR No. 305310

*s/ María A. Domínguez*
U.S. District Court No: 210908
Madt@mcvpr.com