IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>PHILIP FREED<br>Defendant | CRIMINAL 17-0537CCC |

# ORDER

Having considered the Report and Recommendation filed on March 13, 2018 (**d.e. 59**) on a Rule 11 proceeding of defendant Philip Freed before U.S. Magistrate-Judge Camille L. Vélez Rivé on March 5, 2018, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant to Count Three of the Indictment is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

As defendant pled guilty to the misdemeanor version of Count Three, the case is again referred to U.S. Magistrate-Judge Camille L. Vélez Rivé to conduct all further proceedings on said Count if the defendant consents. As to Counts One and Two of the Indictment, on which the parties agreed that defendant be referred to the Pre-Trial Diversion Program, the United States shall inform by no later than **JULY 27, 2018** if defendant was accepted in the

CRIMINAL 17-0537CCC                2

Pre-Trial Diversion Program and, if so, submit to the Court the Agreement signed by all parties.

    SO ORDERED.

    At San Juan, Puerto Rico, on July 19, 2018.

                                      S/CARMEN CONSUELO CEREZO
                                      United States District Judge